NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WAYNE SPENCER, AND MARCH 5 LEASING, INC.,**
*Plaintiffs-Appellants,*

**v.**

**TACO BELL, CORP., AND TACO BELL FOUNDATION, INC.,**
*Defendants-Appellees.*

---

2014-1097

---

Appeal from the United States District Court for the Middle District of Florida in No. 8:12-cv-00387-SDM-TBM, Judge Steven D. Merryday.

---

**JUDGMENT**

---

EDWARD P. DUTKIEWICZ, Edward P. Dutkiewicz, P.A., of Dade City, Florida, argued for plaintiffs-appellants.

JEFFREY K. JOYNER, Greenberg Traurig LLP, of Los Angeles, California, argued for defendants-appellees. With him on the brief was JEFFREY F. YEE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  May 16, 2014  | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
|  | Clerk of Court |